UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


HENRY LAFERRIERE AND MARY JANE
LAFERRIERE, AS CO-ADMINISTRATORS
OF THE ESTATE OF DANIELLE LAFERRIERE,
                    Plaintiffs,


V.                                                        CIVIL ACTION
                                                      NO. 06-10476-MBB


KENNETH ARRUDA, INDIVIDUALLY AND AS A
PARTNER IN KBK PARTNERSHIP A.K.A.
KBK PARTNERS AND THREE SHOPPING CENTER
ASSOCIATES LIMITED PARTNERSHIP,
                    Defendants.


## FINAL JUDGMENT

**APRIL 7,  2010**


**BOWLER,  U.S.M.J.**

        In accordance with the Stipulation of Dismissal filed by the parties,  it is hereby

**ORDERED** and adjudged that this action be **DISMISSED** with prejudice and without costs.



                                        /s/ Marianne B. Bowler
                                         **MARIANNE B. BOWLER**
                                        United States Magistrate Judge